| PROB 22 (Rev 01/24) | | DOCKET NUMBER *(Tran Court)* 4 18CR00344-013 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec Court)* 2:25-cr-00285-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Southern District of Texas | DIVISION<br>Houston |
|---|---|---|
| Sherod Johnson<br>4051 W Viking Road, Apartment No. 214<br>Las Vegas, Nevada, 89103 | NAME OF SENTENCING JUDGE<br>Honorable Sim Lake, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/08/2024    TO 05/07/2027 |

**OFFENSE**

Conspiracy to defraud the United States and pay and receive kickbacks, bribes, and unlawful remuneration in connection with a federal health care program, in violation of 18 U S C § 371 and 42 U S C §§ 1320a-7b(b)(I)(A), 7b(b)(2)(A) and (B)

**JUSTIFICATION/REASON FOR TRANSFER** (e g , prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision resides in Las Vegas, Nevada and has no intentions of returning to the Southern District of Texas for the remainder of his time on supervised release.

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

**PART 1 - ORDER TRANSFERRING JURISDICTION**

SEPT 16 2025

UNITED STATES DISTRICT COURT FOR THE    Southern    DISTRICT OF    Texas

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 5, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 17, 2025
*Effective Date*

*United States District Judge*